# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:19-cv-23693-JLK

JAVIER DELGADO,

    Plaintiff,

v.

ANDREW SAUL, Commissioner of
Social Security Administration,

    Defendant.

_____/

### ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

THIS MATTER is before the Court on the August 26, 2020 Report and Recommendation ("R&R") of Magistrate Judge Jacqueline Becerra (DE 20).[1] The R&R recommends that Defendant's Motion for Summary Judgment (DE 16) be granted and Plaintiff's Motion for Summary Judgment (DE 12) be denied. The Court has reviewed the entire file and record, including Plaintiff's objection and Defendant's response to the R&R.  (*See* DE 21 and 22). Upon performing a *de novo* review of the record and after careful consideration, the Court finds that Magistrate Judge Becerra's well-reasoned R&R accurately states the law of the case.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that:

1. Magistrate Judge Jacqueline Becerra's August 26, 2020 Report and Recommendation **(DE 20)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court;

2. Defendant's Motion for Summary Judgment **(DE 16)** is hereby **GRANTED**;

3. Plaintiff's Motion for Summary Judgment **(DE 12)** is hereby **DENIED**;

4. Plaintiff's Complaint (DE 1) is hereby **DISMISSED WITH PREJUDICE**; and

5. Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, final judgment in favor of Defendant will be

---

[1] This matter was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a ruling on all pretrial non-dispositive matters and for a Report and Recommendation on any dispositive matters. (*See* DE 8).

set out in a separate document.

**DONE AND ORDERED** in Chambers, at Miami, Florida this 29th day of September 2020.

_____
HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
  Counsel of record